1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIK COMACHO, | ) | Case No. CV 13-176 PA (MRW) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| PAUL TANAKA, et al., | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Order Dismissing Action Without Prejudice,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: August 30, 2013

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE